UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 07 CR 57 |
| ) | Judge Charles R. Norgle |
| MUSE BAKRY, also known as ) | |
| "Debo Majeobaje" | |

## AGREED PROTECTIVE ORDER

Upon the government's motion for an order to protect sensitive information and maintain the privacy of victims and witnesses, and with the agreement of defendant, under Fed. R. Crim. P. 16(d)(1), Fed. R. Evid. 611(a), and 18 U.S.C. § 3771(a), it is hereby ordered as follows:

1. Upon the conclusion of this case, the defendant and his counsel shall return to the U.S. Attorney's Office, without retaining any copies, all records, reports, statements, and other materials it provides or makes available to them in connection with this case.

2. The defendant and his counsel shall use the records, reports, statements, and other materials the U.S. Attorney's Office provides them solely in connection with this case and for no other purpose or proceeding.

3. The defendant and his counsel shall make no disclosure of the records, reports, statements, and other materials the U.S. Attorney's Office provides them, or the contents thereof, to any other person or entity except as defendant's counsel reasonably deems necessary to prepare a defense or this Court authorizes.

ENTER:

_____
Charles R. Norgle
United States District Judge

Dated: 10/25/07